IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | Case No. 3:07-cv-00728-JAH (JMA)<br><br>**ORDER GRANTING STAY** |

THIS MATTER is before the Court upon Defendants' Unopposed Motion for Stay. Based upon the information provided in Defendants' Unopposed Motion, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Stay further proceedings until the U.S. Fish and Wildlife Service issues a revised consultation document and the U.S. Army Corps of Engineers reinstates, modifies, or revokes its Clean Water Act Nationwide Permit authorization and verification ("Authorization")

is GRANTED;

IT IS FURTHER ORDERED that Defendants shall notify Plaintiff and this Court within 10 days after the completion of the above-referenced consultation, and provide Plaintiff with a copy of any Biological Opinion that may result therefrom;

IT IS FURTHER ORDERED that Defendants shall notify Plaintiff and this Court within 10 days after action is taken with respect to the above-referenced Authorization, and provide Plaintiff with a copy of any such decision; and

IT IS FURTHER ORDERED that the parties shall report to the Court within 60 days of the reinstatement or issuance of the documents referenced above to provide the Court with the parties position(s) as to whether or how this case should then proceed.

DATED: August 24, 2007

HON. JOHN A. HOUSTON
United States District Judge

- 2 -